Decided July 2, 2002

KEVIN TERRY *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin Terry's petition for certification for appeal from the Appellate Court, 69 Conn. App. 903 (AC 21825), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Richard F. Jacobson*, special assistant state's attorney, in opposition.

Decided July 2, 2002